UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALIESHA M. KELLOGG-FULGHUM,<br><br>　　　　　Defendant. | NO. CR-07-0075-1-LRS<br><br>**ORDER DENYING GOVERNMENT'S APPEAL AND REINSTATING MAGISTRATE IMBROGNO'S RELEASE ORDER** |

BEFORE THE COURT is the government's motion appealing Magistrate Judge Imbrogno's Order Granting Motion to Consider Release Conditions and Amending Indictment for Defendant Aliesha M. Kellogg-Fulghum (**Ct. Rec. 83**). This motion was filed in the afternoon of June 29, 2007 and orally argued on July 19, 2007.

Having reviewed the pleadings, the complete record before Magistrate Imbrogno, and with the benefit of oral argument, the Court enters this order to memorialize and supplement the oral rulings of the Court on July 19, 2007.

Accordingly, **IT IS HEREBY ORDERED**:

For the reasons stated on the record on July 19, 2007, the government's appeal of the release order is denied. The Court notes that

ORDER - 1

the Defendant has no felony criminal history, and that she will live with her mother upon release, Additionally, a $15,000 corporate surety bond must be posted. Defendant's criminal history does not reflect violent behavior, except for an assault charge for which she received a deferred prosecution. The government points out that Defendant has failures to appear on her record. However, she still received a deferred prosecution and relatively modest sentences in the matters involved.

Moreover, Magistrate Imbrogno's Order of Release (**Ct. Rec. 79**) imposes a strict curfew on the Defendant, and the Defendant must **make an appointment for a substance abuse evaluation immediately upon release**. The Court notes that the crime Ms. Kellogg-Fulghum is accused of is very serious, and given Defendant's lack of prior felony convictions, Defendant has a great deal of incentive to appear for her Court hearings. The Defendant is cautioned that **she must comply with all conditions** of Magistrate Imbrogno's order.

Accordingly, **IT IS HEREBY ORDERED:**

1. Government's Motion for Reconsideration of Order Setting Release Conditions (**Ct. Rec. 82**) is **DENIED**.

2. Magistrate Imbrogno's June 28, 2007 Order Granting Motion to Consider Release Conditions and Amending Indictment (Ct. Rec. 79) is **REINSTATED**.

1  **IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to all counsel, and the U.S. Marshal.

**DATED** this 20th day of July, 2007.

/s/ Lonny R. Suko
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 3