PS 42
(Rev 07/93)

# United States District Court

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 01 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

United States of America           )
                                   )
vs                                 )
                                   )
Aliesha Marie Kellogg-Fulghum      )        Case No. 2:07CR00075-001

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Aliesha Marie Kellogg-Fulghum, have discussed with Shawn Kennicutt, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant will report weekly to the United States Pretrial Services office and provide necessary verification related to electronic home monitoring activities.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/31/07   _____  10-31-07
Signature of Defendant      Date     Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  10/31/07
Signature of Defense Counsel   Date

[✓]   The above modification of conditions of release is ordered, to be effective on 10/31/07

[ ]   The above modification of conditions of release is not ordered.

_____  11/1/07
Signature of Judicial Officer   Date